15-2838-cv
Caronia v. Orphan Medical, Inc.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York on the 17th day of March, two thousand sixteen.

Present:     PIERRE N. LEVAL,
             ROSEMARY S. POOLER,
             RICHARD C. WESLEY,
                    *Circuit Judges*.

_____

ALFRED CARONIA, DOROTHY SCIALLO,

                *Plaintiffs-Appellants*,

            v.                                        15-2838-cv

ORPHAN MEDICAL, INC., UNITED STATES OF AMERICA,
HEALTH AND HUMAN SERVICES AGENT JOSEPH GIAMBALVO,
JAZZ PHARMACEUTICALS, INC., F.B.I. SPECIAL AGENT ANDREW SHAPIRO,

                *Defendants-Appellees*.

_____

Appearing for Appellant:     Thomas F. Liotti, Garden City, NY.

Appearing for Appellees      Andrew B. Joseph, Drinker Biddle & Reath LLP
Orphan Medical, Inc. and      (Kenneth J. Wilbur, *on the brief*), Florham Park,
Jazz Pharmaceuticals:         NJ.

Appearing for Appellees
United States of America,     Varuni Nelson, Assistant United States Attorney,
Joseph Giambalvo and         (Margaret M. Kolbe, *on the brief*) *for* Robert L. Capers, United
Andrew Shapiro:              States Attorney for the Eastern District of New York, Brooklyn,
                             NY.

Appeal from the United States District Court for the Eastern District of New York  (Block, *J.*).

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of said District Court be and it hereby is **AFFIRMED**.

Alfred Caronia and Dorothy Sciallo appeal from the August 13, 2015 memorandum and order and judgment of the United States District Court for the Eastern District of New York (Block, *J.*) dismissing their complaint seeking money damages.  The plaintiffs' civil suit arose after our Court vacated Caronia's conviction for conspiracy to introduce a misbranded drug into interstate commerce on the ground that by encouraging off-label drug use Caronia was exercising his First Amendment rights.  *See United States v. Caronia*, 703 F.3d 149, 155 (2d Cir. 2012). We assume the parties' familiarity with the underlying facts, procedural history, and specification of issues for review.

We affirm substantially for the reasons set forth in the district court's well-reasoned order. As set forth in the district court's order, the claims set forth in the complaint cannot proceed because (1) the claims are time barred; (2) the United States has not waived its sovereign immunity; and  (3) the complaint fails to adequately plead the necessary factual predicates. With respect to plaintiffs' Federal Tort Claims Act malicious prosecution claim, we affirm on the ground that plaintiffs failed to plead facts sufficient to show that the government acted without probable cause and with malice. *See DiBlasio v. City of New York*, 102 F.3d 654, 657 (2d Cir. 1996). We find no error with the district court's conclusions.

We have considered the remainder of plaintiffs' arguments and find them to be without merit. Accordingly, the order of the district court hereby is AFFIRMED. Each side to bear its own costs.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk